# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JACOB MCCALLISTER,**

    **Plaintiff,**

**-vs-**            **Case No. 6:07-cv-1718-Orl-22KRS**

**THE CITY OF ORLANDO, IRA MORRIS and MICHAEL BURCH,**

    **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion:

> **MOTION:**   **DEFENDANT'S MOTION TO COMPEL DISCOVERY (Doc. No. 37)**
>
> **FILED:**   **September 9, 2008**
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Defendants Ira Morris and Michael Burch filed the instant motion seeking an order compelling Plaintiff Jacob McCallister "to respond to the discovery served May 9, 2008." Doc. No. 37. In the motion, Morris and Burch indicate they served 28 interrogatories, not including subparts. *Id.*

On January 1, 2008, the presiding district judge, the Honorable Anne C. Conway, entered a Case Management and Scheduling Order (CMSO) in this case. Doc. No. 23. The CMSO provides, in relevant part, as follows:

> **Absent leave of Court, the parties may serve no more than twenty-five interrogatories, including sub-parts. Fed. R. Civ. P. 33(a); Local Rule 3.03(a)**. . . . The parties may agree by stipulations on other limits on discovery within the context

of the limits and deadlines established by this Case Management and Scheduling Order, but the parties may not alter the terms of this Order without leave of Court. Fed. R. Civ. P. 29.

*Id.* at 3 (emphasis added).  The Court will not compel parties to respond to discovery requests served in violation of the rules and order of the Court.

In addition, counsel for Morris and Burch failed to comply with Local Rule 3.01(g), which requires parties to confer before filing motions to compel. There is no certification that counsel for Morris and Burch attempted to resolve this matter through discussion with McCallister or his former counsel before filing the motion.[1]

Finally, the motion is not accompanied by a memorandum of law, as required by Local Rule 3.04.

**DONE** and **ORDERED** in Orlando, Florida on September 9, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties

---

[1] I note counsel for Morris and Burch also filed a defective Certificate of Service, Doc. No. 37 at 7, containing an apparent scrivener's error that lists the filing and service date as July 7, 2008, not September 9, 2008.